```
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
           ASHEVILLE DIVISION
   CRIMINAL CASE NO. 2:07-cr-00039-MR-1
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| PHILLIP EZZELL DENTON, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's "Petition for Amendment 782 Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)" [Doc. 183].

On January 24, 2008, the Defendant pled guilty pursuant to a written plea agreement to one count of conspiracy to distribute and to possess with intent to distribute at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(A)(viii). On June 27, 2008, the Court sentenced the Defendant as a career offender under U.S.S.G. § 4B1.2 to a total term of 204 months' imprisonment. [Doc. 94].

The Defendant now seeks a reduction of his sentence pursuant to 18 U.S.C. § 3582 and Amendment 782 of the U.S. Sentencing Guidelines. [Doc. 183].

The Defendant's motion is denied. The enactment of Amendment 782 did not affect the calculation of the Defendant's advisory guideline range, as the Defendant was sentenced as a career offender. See United States v. France, 637 F. App'x 733, 734 (4th Cir. 2016).

**IT IS, THEREFORE, ORDERED** that the Defendant's "Petition for Amendment 782 Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)" [Doc. 183] is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 25, 2020

Martin Reidinger
United States District Judge